☒ FILED     ☐ LODGED

**MAR 28 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Jonathan Taft 258794
Name and Prisoner/Booking Number

Arizona State Prison Complex-Lewis-Rast Unit
Place of Confinement

P.O. Box 70
Mailing Address

Buckeye, Arizona, 85326
City, State. Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jonathan Taft                    ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) C.O.II Romo (guard)          ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-532-PHX-SPL (JFM)

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: A.S.P.C.-Lewis / Buckeye

**550/555**

## B.  DEFENDANTS

1. Name of first Defendant: Unknown Romo_____.  The first Defendant is employed
as: Corrections Officer C.O. II (JSU) at Arizona State Prison Complex- Lewis
      (Position and Title)                              (Institution)

2. Name of second Defendant: _____.  The second Defendant is employed as:
as: _____ at _____.
              (Position and Title)                              (Institution)

3. Name of third Defendant: _____.  The third Defendant is employed
as: _____ at _____.
              (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____.  The fourth Defendant is employed
as: _____ at _____.
              (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?          ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed? ___1___.  Describe the previous lawsuits:

   a.  First prior lawsuit:
       1. Parties: Jonathan Tate_____ v. Unknown Hernandez
       2. Court and case number: U.S. District Court District of Arizona-CV-19-5089-PHX-SPL
                                                                                            (JFM)
       3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       CASE WAS dismissed_____.

   b.  Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

   c.  Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Eighth Amendment of the United States Constitution (cruel and unusual Punishment)

2.  **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☒ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    Defendant Unknown Romo, guards use of excessive force violated Plaintiffs rights and constituted cruel and unusual punishment under the Eighth Amendment of the U.S. Constitution, when he violently slammed me into the ground, while my hands were handcuffed behind my back, hitting my head on the ground causing me to have a concussion.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    Slammed on my head, on the ground, suffered a head injury/concussion

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

(Facts supporting Count I, con. from pg.3)

On 6-9-22, C.O. II Romo (T.S.U officer) came to Rast Close unit, around 2:30 am, along with other officers, and conducted a search in building 1 C and D pods. I was housed in building 1, in D pod at the time. I was placed in handcuffs with my hands behind my back, escorted to the rec. field, and laid faced down in the dirt along with the other inmates in C and D pod. C.O. II Romo was yelling at all of the inmates, telling us to "shut the fuck up", or we will be "taken down". I was objecting to being mistreated, and laid face down in the dirt, and C.O. II Romo picked me up, walked me a few yards away from where the other inmates were laying in the dirt, and violently slammed me to the ground, on my head. I continued to complain about the way that I was being treated, and C.O. II Romo told me to "shut the fuck up". Then, he picked me up and slammed me to the ground, on my head again. C.O. II Romo slammed me on my head so hard the second time, that I blacked out, and loss consciousness. I suffered a major concussion, and still have migraines today, as a result of being assaulted by C.O. II Romo.

## COUNT II

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.    **Administrative Remedies.**
   a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                      ☐ Yes    ☐ No
   b.    Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
   c.    Did you appeal your request for relief on Count II to the highest level?   ☐ Yes    ☐ No
   d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?      ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?      ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_I am seeking relief of 5 million dollars._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _TAte, JohnaThan_
                    **DATE**                                      **SIGNATURE OF PLAINTIFF**


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tate Johnson | 256741 | Rast CK-02 | 7-18-22 |

| TO | LOCATION |
|---|---|
| CO 3 | 1-D-20 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On The Late of 6-9-22 and 6-10-22
I asked to talk to someone to change concerning
and I've I had on 6-9-22 I was Assaulted by an
Corrections office That Ared for I was by the Inmate
a ROMO I Didnt to anything to make him to get
his hands on me Didnt Resisd him but once
he snatched me off The ground by my shirt and
shoved me face first into The fence Turn ptwo
slammed me face first To The Dirt by my hair
Then snatched me by my hair and shoved me face
first into The fence Then slammed me by the
ground on my head Pointed at The regenrity that
Drained you could here it when It happend
I wasent disrespectful Didnt call him out of Our
name I was Respectfull They Didnt have to
use excessive force at all that was in jailer for I
live to these charges I will reand the excessive force
That was uncalled for I was Handcuffed Down me not
Resist.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Tate | 7-18-22 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: CO 3 Ba Zinsky

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 3899 | 7/10/2022 |

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Tate, Johnathan | 208794 | 8-9-22 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| Rast Closed | 22-01/36 36 |

TO: GRIEVANCE COORDINATOR

Description of Grievance (To be completed by the Inmate)

On the date of 6-9-22 and 6-10-22 I tried to talk to someone to change something an issue I had on 6-9-22 I was assulted by an correctional officer that pepper her I in the unit on Rhino I didnt do anything to provoke him to put their hands on me. I didnt disrespect them not once he grabbed me off the couch in my shirt and threw me face first into the cell they peper sprayed me in the cell first in the dirt loging her then chatard me up his my hands and threw me face first in the dirt then slammed my head on the ground then it burned on the cement/ground reat hurt you (own) hurt

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tate, Johnathan | 8-4-22 | | |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
10/18/16



## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Tate Johnathan | 258794 | Rust Closed | 22-0/3636 |

It When It happens I wasnot DisRespectful I dint Cell
Them Out or There name it was When I was hand cuffed. They
Dint have use excessive force at all that was uncalled
for I like to press charges on f.s.u police for
excessive force that was uncalled or I would like
To press charges on f.s.u police for excessive force
That was uncalled for I was hand cuffed During
This Assault.

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Tate Johnathan | 8-19-22 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
                        Pink, or Copy - Inmate

FINAL DISTRIBUTION:     White or Copy – Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

Received By: _____
Title: _____
Badge #: _____
Date: *(mm/dd/yyyy)* _____

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Tate, Jonathan | 258794 | 10-10-22 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Rast Clone | 22 c 36036 |

TO: ~~Eyeonville~~ Warden's office

I am appealing the decision of _____ for the following reasons:

On The Date of 6-9-22 and 6-10-22 I ask to Talk
To "one cue In Chance (centeryia And Isue I had call
office I was assulted by a Corrections officer That Apart
on me by the wind or took I want no Medline no believe
me In the Put but hands on me I Dit Disrespect him not
once he Grabed me of the Ground Pulling shirt Then smothing
me by my hair then choved me rest fist Into The Face

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Tate, J | 10-10-22 | 34 | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION:  INITIAL:  White & Canary – Grievance Coordinator
                          Pink – Inmate
               FINAL:    White – Inmate
                          Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

Please type or print in black or blue ink.
(To be completed by staff member
initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: _Bed wk_

Title: _Coll_

Badge #: _1690_

Date: (mm/dd/yyyy) _12-6-22_

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Tate, Johnathan | 250741 | 10-6-2022 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Rast Close | 22 11/3456 |

TO: _Director_

I am appealing the decision of _Male Cr UKI Grievance lie_ for the following reasons:
Been Processed and none of my Grievances has been
Review. Nothing has been Done. So Nothing has been
Resolved nor Been Processed

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tate Johnathan | 10-10-22 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL:  White & Canary – Grievance Coordinator
                        Pink – Inmate
             FINAL:    White – Inmate
                        Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The Inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

Received By: _____
Title: _____
Badge #: _____
Date: (mm/dd/yyyy) 11/14/22

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Tate, Johnathan T | 258744 | 11-16-2022 |

| INSTITUTION | CASE NUMBER |
|---|---|
| East Close | 22-04343 6 |

TO: [G] Director

I am appealing the decision of _Staff_____ of _____ used _____ for the following reasons:

on 6-16-2022 _____
_____
_____ the _____ but I will ____ the
_____ for the _____ it _____
my face ____ into the Scene and _____ down ____
with the _____ by ____ the _____
_____ ask I's all ____ (video ) ___ There _____
_____ Now ____ there ____ I still want to
Press Charges against I'am being _____

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tate Johnathan | 11/16-22 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Grievance Appeal

Please type or print in black or blue ink.
(To be completed by staff member
initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received By: | M bri9 |
| Title: | OII |
| Badge #: | 905 |
| Date: (mm/dd/yyyy) | 8-05-22 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Tite Johnathan | 258 174 | 8/11/22 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Central Office Kasson Wing | 22-04813 |

TO: Central Office

I am appealing the decision of _____ for the following reasons:

Give that I am Episcopalian ___ MTI applicant ___ 1st responders
my life members to that Hopkins between the life
of 9:22/6.10:2?, I been I SE. Phone I knocked
Bad closed 16:1, neck MTI a Slive peace at ___ will
unintentionally assaulted by officer Vomb not provoked All
this (while in(SC) repeatedly clamored) My door on
and More Por. Clairs-probably did and ___ not ___ time
Push Me Peer it needed ___ it cut our until I pre feel ___ a
Busshly. Getting while I meet more was pulled out of a

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 8/11/2 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

TION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



## Inmate Grievance/Formal Response Notice
## Non-Medical

**Inmate Name:** JONATHAN TATE                         **Prison/Unit:**LEWIS/LEWIS RAST

**ADC#:** 258794                                        **Bldg/Bed:** L32 HU1D20U

## Case #:22-043636

## Formal Grievance

**Type:** Formal Approve

**Date Received:** 08/02/2022 10 26 00 AM

**Response Author:** AMBER WATKINS

**Responded On:** 09/26/2022 04 34 12 PM

**Decision:** Resolved

## Case Details

**Case Number:** 22-043636                             **Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** LEWIS                          **Unit of Complaint:** LEWIS RAST

**Opened Date:** 08/02/2022 10 26 00 AM                **Grievance Stage:** Formal Answered

**Grievance Category:** Staff

## Formal Grievance Response

**Responder Name:** STEPHANIE GRAF                     **Date/Time:** 09/26/2022 04 34 12 PM

**Due Date:** 09/27/2022 04 04 59 PM                   **Result:** Resolved

**Response:** In response to your concerns about officer Romo and excessive use of force during TSU searches. The Rast unit has been made aware of the issue and forwarded to the appropriate staff for further investigations of your allegations concerning TSU/K9 Staff and searches. However, you will not be advised of any of the outcomes concerning staff as this is confident al information. The department takes all allegations of staff misconduct serious and will treat this matter as such. This issue is resolved at this level. *Who AIU per policy*

☐ Override               ☐ Data Input Error          ☐ Unprocessed                ☐ Extension

**RestitutionRecommended:** No

## Formal Grievance Approval

**Approver Name:** AMBER WATKINS                        **Date/Time:** 10/04/2022 09:23 41 AM

**Due Date:** 09/27/2022 04:04 59 PM                    **Result:** Resolved

**Deputy Warden:** AMBER WATKINS



## Inmate Grievance/Informal Response Notice
## Non-Medical

**Inmate Name:** JONATHAN TATE

**ADC#:** 258794

**Prison/Unit:** LEWIS/LEWIS RAST

**Bldg/Bed:** L32 HU1D20U

## Case #:22-043636

## Informal Complaint

**Type:** Informal Response

**Date Received:** 08/02/2022 10 26 AM

**Response Author:** GRAF, STEPHANIE N

**Responded On:** 09/26/2022 04 34 12 PM

**Decision:** Resolved

## Case Details

**Case Number:** 22-043636

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint.** LEWIS

**Opened Date:** 08/02/2022 10 26 AM

**Grievance Category:** Staff

**Unit of Complaint.** LEWIS RAST

**Grievance Stage:** Formal Answered

## Informal Grievance Response

**Grievance Date:** 07/20/2022 12 00 00 AM

**Response Due:** 09/27/2022 04 04 PM

**Issue:** 08/2/2022

**Responder:** GRAF, STEPHANIE N

**Response:** These allegations have been reviewed. Investigations of staff misconduct are treated as confidential. Furthermore, allegations of staff misconduct involving inmates are taken seriously. You will not be notified of the outcome or of any corrective action that may have been taken.

☐ Unprocessed

*Violates Freedom of information act*
*Violates 601 defintioNs : No imployee*
*will use a policy that they kNow violate*
*Law,*

**Officer's Name:** STEPHANIE GRAF

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
• Placing a single complaint on a single inmate Grievance form.

**NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.

# NOTICE OF CLAIM
## AGAINST THE STATE OF ARIZONA
Claim must be filed in accordance with A.R.S. § 12-821.
Please print legibly.
All blanks MUST be completed.

# CLAIMANT INFORMATION

Claimant's Name:

Address: Lewis Prison, unit L-32, City Buckeye State AZ Zip 85326
Po Box 70, Buckeye 85326
Phone# (Home): N/a   Work: N/a   Date of Birth: 2-7-1986

# FACTS

DATE OF OCCURRENCE: June Six 2022
TIME OF OCCURRENCE: 100 babtised am/pm 2:00 am
100/2:00
LOCATION OF OCCURRENCE (Arizona): Lewis prison, Unit L-32, Rec Field Buckeye 85326

Identify the circumstances under which the damage or injuries were sustained, the cause thereof and the nature and extent of the damages and/or injuries. List the State agency if known. You may attach additional pages if necessary. agency: Arizona, dept of corrections

ON above date c/o Romo and 7 unidentified officers while hand cuffed and following directives (directives: to lie on my stomach) picked me up and slamed me face first into the rec field, Romo is the one who held me by hair on security video and slamed my face into field, later said officer slamed my face into fence while having a seizure.

Damages: Body laseration's and bruising, TBI (concussion, Brain lession), suffering seizure's, Riped hair out, Pts.D, eye sight: rite eye,

Amount of Claim $1,000,000.00 In order for a claim to be valid, ARS 12-821.01(A) requires the claimant to include a specific amount for which the claim can be settled. The statute requires the claim be filed with the State of Arizona within 180 days after the cause of action accrues.

Claimant Signature: Jonnathan T Tate   Date: 11-25-22

**Mail as follows:**

Original:
Office of the Attorney General
2005 N Central Avenue
Phoenix, AZ 85004-2926

Copy:
ADOA - Risk Management
100 N. 15th Ave., Suite 301
Phoenix, AZ 85007

NOTE: All supporting documents (Estimates, Bills, etc.) should be included.

Attorney General – Original    Risk Management- Copy    Claimant - Copy

Form RM015 (6/02) IPS 3485